UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fragoso,

                                  Plaintiff,

- *against* -

RA Arias Landscaping Corp., et al.,

                                  Defendants.

16 Civ. 2292 (PED)

**ORDER APPROVING SETTLEMENT**

**PAUL E. DAVISON, U. S. M. J.:**

By letter dated December 9, 2019, the parties seek approval, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), of their settlement of plaintiff's Fair Labor Standards Act ("FLSA") claims. [Dkt. 74.] Because this Court possesses limited familiarity with the issues in this case, the Court convened a hearing on December 18, 2019, whereupon counsel were directed to elaborate on the litigation risks which motivated the compromise embodied in the parties' settlement.

Having reviewed the settlement agreement, and considered the representations of counsel, the Court is now satisfied that the settlement agreement is fair and reasonable.

Accordingly, the settlement agreement is **APPROVED**. This case is **DISMISSED WITH PREJUDICE.**

Dated: December 18, 2019
       White Plains, New York

SO ORDERED

_____
Paul E. Davison, U.S.M.J.